**Dismissed and Opinion Filed March 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01296-CR

### TAMMY MORRIS LOWE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F13-00198-L**

## MEMORANDUM OPINION
Before Justices Lang, Stoddart, and Schenck

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance.[1] *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
141296F.U05

---

[1] The appeal in cause no. 05-14-01297-CR remains pending before the Court.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TAMMY MORRIS LOWE, Appellant

No. 05-14-01296-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 5, Dallas County, Texas
Trial Court Cause No. F13-00198-L.
Opinion delivered per curiam before Justices Lang, Stoddart, and Schenck.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 30th day of March, 2015.